| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | McGREGOR W. SCOTT<br>United States Attorney<br>KRISTIN S. DOOR, SBN 84307<br>Assistant U.S. Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2723<br><br>Attorney for Plaintiff | <br>OCT 17 2006<br> |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IN RE MATTER OF SEIZURE<br>WARRANTS FOR CERTAIN FUNDS<br>AND VEHICLES | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:06-SW-0298-KJM<br>2:06-SW-0299-KJM<br>2:06-SW-0300-KJM<br>2:06-SW-0301-KJM<br>2:06-SW-0302-KJM<br>2:06-SW-0303-KJM<br>2:06-SW-0304-KJM<br>2:06-SW-0305-KJM<br>2:06-SW-0306-KJM<br><br>[PROPOSED] UNSEALING ORDER |

On October 13, 2006, the Court entered a sealing order on the affidavit and seizure warrants numbered: 2:06-SW-0298-KJM through 2:06-SW-0306-KJM. The United States now requests that the affidavit and seizure warrants listed above be unsealed.

IT IS SO ORDERED.

DATED: 10/17/06

　　　　　　　　　　　　　　　　　　　　KIMBERLY J. MUELLER
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE